**No. 53666.**—T. M. Duche & Sons, Inc. *v.* United States, protests 130008–K and 130009–K (Philadelphia).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53667.**—Frederick N. Stephens *v.* United States, protest 131813–K (Portland, Me.).

Opinion by JOHNSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, NOVEMBER 1, 1949

**No. 53668.**—Denebeim Distilling Co. *v.* United States, protests 109327–K, etc. (St. Louis and Chicago).

Opinion by JOHNSON, J.    For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53669.**—Park & Tilford Import Corp. *v.* United States, protest 121278–K (New York).

Opinion by JOHNSON, J.    For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53670.**—Harmar Co. et al. *v.* United States, protests 122757–K, etc. (Cleveland).

Opinion by JOHNSON, J.    For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.